**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

**CRIMINAL ACTION NO. 3:26-CR-00001-GFVT-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER TO UNSEAL**

**MIROSLAV VISHNEVSKII** **DEFENDANT**

* * * * *

The United States has submitted a motion for unsealing the above-cited matter. Having been sufficiently advised, the Court determines that there is good cause to unseal these documents.

IT IS THEREFORE ORDERED that the motion of the United States to unseal the documents (DE 24) is GRANTED, and this case shall be UNSEALED.

This 21st day of September, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**