**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**MIROSLAV VISHEVSKII,**
**Defendant.**

**CRIMINAL NO. 3:26-cr-1-KKC-MAS-1**

**ORDER**

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. (DE 34.) The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. Neither party has objected, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Miroslav Vishevskii knowingly and competently pleaded guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby ORDERS as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea (DE 34) is ADOPTED as and for the Opinion of the Court;
2. Defendant Miroslav Vishevskii is ADJUDGED guilty of Count 3 of the Indictment;
3. The Defendant's Jury Trial is CANCELED; and
4. A Sentencing Order shall be entered promptly.

This 23rd day of October, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**